1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DALE R. FRISBEY
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:09-CR-0513 MCE
                                )
14            Plaintiff,        )
                                ) **STIPULATION AND ORDER**
15      v.                      ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
16 DALE R. FRISBEY,             )
                                )
17            Defendants.       ) Date: November 10, 2011
                                ) Time: 9:00 a.m.
18 _____) Judge: Hon. Morrison C. England

19

20      IT IS HEREBY STIPULATED AND AGREED between all defendants and
21 plaintiff, United States of America, by and through their attorneys, that
22 the hearing presently scheduled for November 10, 2011, may be continued
23 to December 1, 2011, at 9:00 a.m.
24      The Court has previously found this case to be complex under the
25 Speedy Trial Act due to the time-span of the charges, the filing of a
26 parallel forfeiture action, and numerous searches involved in the
27 investigation. The parties' discussions regarding resolution of the case
28 have continued since the last status conference and additional research

has been done. Also, counsel for Mr. Frisbey just returned from extended medical leave and needs additional time to meet with Mr. Frisbey. To allow time for counsel to prepare and to allow time for all parties to complete their review and negotiations, the parties agree that additional preparation time is needed and that time under the Speedy Trial Act should be excluded from the date of this stipulation through December 1, 2011, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 7, 2011    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DALE R. FRISBEY

Dated: November 7, 2011    /s/ T. Zindel for M. Chastaine
MICHAEL L. CHASTAINE
Attorney for THOMAS G. COOPMAN

Dated: November 7, 2011    /s/ T. Zindel for H. Gable
HAYES H. GABLE, III
Attorney for EDWIN B. TOOLE

Dated: November 7, 2011    /s/ T. Zindel for R. Pachter
RICHARD PACHTER
Attorney for MONTGOMERY M. ATWATER

BENJAMIN B. WAGNER
United States Attorney

Dated: November 7, 2011  By: /s/ T. Zindel for S. Wong
SAMUEL WONG
Assistant U.S. Attorney

/////

/////

/////

Stip. & Order                            -2-

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to December 1, 2011, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. Time is therefore excluded from the date of the parties' stipulation, November 7, 2011, through and including December 1, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A),(h)(7)(b)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

IT IS SO ORDERED.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE