1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DALE R. FRISBEY
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0513 MCE |
| Plaintiff, | |
| | **STIPULATION AND ORDER** |
| v. | **CONTINUING STATUS CONFERENCE** |
| | **AND EXCLUDING TIME** |
| DALE R. FRISBEY, et al., | |
| Defendants. | Date: April 26, 2012 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for April 26, 2012, may be continued to May 17, 2012, at 9:00 a.m.

    The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation. Since the last status conference, the government provided additional discovery, consisting of several hours of surveillance tapes

and interviews. The parties anticipate meeting again to discuss possible resolutions after all defense counsel have reviewed the new discovery. The parties agree and stipulate that the Court should find that the requested continuance of the trial date is necessary to allow time for defense counsel to prepare, to complete their review of this case, to conduct plea negotiations, and to allow defense counsel time to explain the ramifications of any plea offer to their respective clients. The parties agree and stipulate that the Court should find that this case remains complex and additional preparation time is needed by all defense counsel, and that time under the Speedy Trial Act should be excluded from the date of this stipulation through May 17, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4. The parties agree and stipulate that the Court should find the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 20, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DALE R. FRISBEY

Dated: April 20, 2012  /s/ T. Zindel for M. Chastaine
MICHAEL L. CHASTAINE
Attorney for THOMAS G. COOPMAN

Dated: April 20, 2012  /s/ T. Zindel for H. Gable
HAYES H. GABLE, III
Attorney for EDWIN B. TOOLE

BENJAMIN B. WAGNER
United States Attorney

Dated: April 20, 2012  /s/ T. Zindel for S. Wong
SAMUEL WONG
Assistant U.S. Attorney

Stip. & Order -2-

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to May 17, 2012, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Time within which the trial of this case must be commenced is therefore excluded from the date of the parties' stipulation, April 20, 2012, through and including May 17, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (b)(ii) and (iv) and Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: April 26, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Order        -3-