HAYES H. GABLE, III
Attorney at Law  - SBN 060368
428 J Street, Suite 354
Sacramento, California 95814
Telephone: (916) 446-3331

Attorney for Defendant
EDWIN BLODEN TOOLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:09-cr-00513-MCE |
| Plaintiff, | |
| vs. | **ORDER EXONERATING BOND** |
| **EDWIN BLODEN TOOLE,** | |
| Defendant. | |

Good cause appearing and the defendant currently being incarcerated and serving the sentence imposed by the Court,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant be exonerated and the property posted for bail on behalf of this defendant be reconveyed.

IT IS SO ORDERED.

Date:  March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1